**CT Corporation**

*Service of Process Transmittal*
02/08/2013
CT Log Number 522100077

*[handwritten: 20 days from 2/8 Thurs Feb 28th]*

**TO:** Sheron Young
Wal-Mart Stores, Inc.
702 SW 8th Street
Bentonville, AR 72716

**RE:** **Process Served in Florida**

**FOR:** Wal-Mart Stores, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Lache Heriberto Rodriguez Plaintiff vs. Wal-Mart Stores, Inc., etc. and John F. Amaya, Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint and Demand, Notice, Interrogatories, Request |
| **COURT/AGENCY:** | 11th Judicial Circuit Court - Miami-Date County, FL<br>Case # 1304459CA23 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 11/05/2010 in the vicinity of State Road 826 and Northwest 74th Street, in Hialeah, Miami-Dade County, Florida |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/08/2013 at 10:33 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service - Answer Complaint // Within 45 days from date of service - Interrogatories, Request for Production |
| **ATTORNEY(S) / SENDER(S):** | Anthony J. Soto<br>Rubenstein Law, P.A.<br>9155 South Dadeland Boulevard<br>Suite 1600<br>Miami, FL 33165<br>305-661-6000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/08/2013, Expected Purge Date: 02/13/2013<br>Image SOP<br>Email Notification, Scott LaScala-CT East CLS-VerificationEast@wolterskluwer.com<br>Email Notification, Sheron Young ct.lawsuits@walmartlegal.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Donna Moch |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |



DEFENDANT'S EXHIBIT Composite A

Page 1 of 1 / CA

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

HERIBERTO RODRIGUEZ LACHE,

13-04459 CA 23

Plaintiff,

vs.

SUMMONS

WAL-MART STORES, INC., a Foreign
Profit Corporation and JOHN F. AMAYA

Defendants.
_____/

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Interrogatories and Request for Production in this action on Defendant:

**WAL-MART STORES, INC.**
By Serving: **CT CORPORATION SYSTEM**
**1200 South Pine Island Road**
**Plantation, Florida 3324**

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney, to wit:

Anthony J. Soto, Esquire
RUBENSTEIN LAW, P.A.
9155 South Dadeland Boulevard
Suite 1600
Miami, Florida 33156
Tel: (305)661-6000
Fax: (786) 230-2934

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiffs' attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

FEB 06 2013
DATED ON: on this ___ day of _____, 2013.

Clerk of Said Court
ANNACLETTE HODGE
BY:_____
As Deputy Clerk
(Court Seal)

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 13-04459 CA 23

**HERIBERTO RODRIGUEZ LACHE,**

Plaintiff,

vs.

**WAL-MART STORES, INC., a Foreign
Profit Corporation and JOHN F. AMAYA**

Defendants.
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **HERIBERTO RODRIGUEZ LACHE**, sues the Defendants, **WAL-MART STORES, INC.**, a Foreign Profit Corporation and **JOHN F. AMAYA**, and alleges:

### GENERAL ALLEGATIONS

1. That this is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars and within the jurisdictional limits of this Court.

2. That at all times material herein the Plaintiff, **HERIBERTO RODRIGUEZ LACHE** was and is a resident of Miami-Dade County, Florida, was over the age of 18 and was, otherwise sui juris.

3. That at all times material hereto, the Defendant, **WAL-MART STORES, INC.**, was and is a foreign profit corporation licensed to and doing business in Miami-Dade County, Florida.

4. That at all times material hereto, the Defendant, **JOHN F. AMAYA**, was and is a resident of Broward County, Florida.

5. Venue is proper in this jurisdiction as one or more of the Defendants resides in, or has a

principal place of business in Miami-Dade County, Florida, and this accident occurred in Miami-Dade County, Florida.

## COUNT I
## NEGLIGENCE CLAIM AGAINST JOHN F. AMAYA

6. On or about November 5, 2010, the Defendant, **JOHN F. AMAYA**, operated and/or maintained a 2008 Chevy owned by Defendant, **WAL-MART STORES, INC.**, in the vicinity of State Road 826 and Northwest 74th Street, in Hialeah, Miami-Dade County, Florida.

7. At that time and at that place, **JOHN F. AMAYA** had a duty to operate and/or maintain the vehicle in a safe and reasonable manner and to keep control of his vehicle to prevent it from striking the vehicle being operated by the Plaintiff.

8. Despite that duty, the Defendant, **JOHN F. AMAYA**, negligently operated and/or maintained the 2008 Chevy so that it collided with the vehicle the Plaintiff, **HERIBERTO RODRIGUEZ LACHE**, was operating.

9. As a direct and proximate result of the negligence of the Defendant, **JOHN F. AMAYA**, the Plaintiff, **HERIBERTO RODRIGUEZ LACHE**, suffered permanent, significant, and severe bodily injury resulting in pain and suffering, and permanent disability, scarring and disfigurement, mental anguish, severe head trauma, loss of capacity for the enjoyment of life, paralysis, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money in the future. The losses are permanent and continuing in nature and the Plaintiff, **HERIBERTO RODRIGUEZ LACHE**, will suffer these losses in the future.

## COUNT II
## VICARIOUS LIABILITY and DANGEROUS INSTRUMENTALITY
## CLAIM AGAINST WAL-MART STORES, INC.

10. On or about November 5th, 2010, the Defendant, **JOHN F. AMAYA**, operated and/or maintained the vehicle owned by **WAL-MART STORES, INC.**, in the vicinity of State Road 826 and Northwest 74th Street, in Hialeah, Miami-Dade County, Florida.

11. At that time and at that place, **JOHN F. AMAYA** had a duty to operate and/or maintain the vehicle in a safe and reasonable manner and to keep control of his vehicle to prevent it from striking Plaintiff's vehicle.

12. Despite that duty, the Defendant, **JOHN F. AMAYA**, negligently operated and/or maintained the 2008 Chevy so that it collided with the vehicle the Plaintiff, **HERIBERTO RODRIGUEZ LACHE** was operating.

13. At the time of this accident, Defendant, **JOHN F. AMAYA** was acting within the course and scope of his employment with Defendant, **WAL-MART STORES, INC.**, and as such, **WAL-MART STORES, INC.**, is vicariously liable for Defendant, **JOHN F. AMAYA**'s negligence.

14. Defendant, **WAL-MART STORES, INC.**, was the registered owner of the 2008 Chevy being driven by Defendant, **JOHN F. AMAYA**, on or about November 5, 2010.

15. That **WAL-MART STORES, INC.** is vicariously liable for the damage, injury or loss caused by the vehicle that, **JOHN F. AMAYA**, was driving with Defendant, **WAL-MART STORES, INC.**'s knowledge and consent under the doctrine of dangerous instrumentality.

16. As a direct and proximate result of the negligence of the Defendant, **JOHN F. AMAYA**, the Plaintiff, **HERIBERTO RODRIGUEZ LACHE**, suffered significant and severe bodily injury and resulting pain and suffering, disability, aggravation of pre-existing injuries scarring and/or disfigurement,

mental anguish, severe head trauma, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money in the future. The losses are either permanent or continuing in nature and the Plaintiff, **HERIBERTO RODRIGUEZ LACHE**, will suffer the losses in the future.

## COUNT III
## DEMAND FOR JURY TRIAL

The Plaintiff, **HERIBERTO RODRIGUEZ LACHE**, further demand a trial by jury on all issues so triable as of right by jury.

Dated: Jan 19, 2013

RUBENSTEIN LAW, P.A.
Attorneys for Plaintiff
9155 South Dadeland Boulevard
Suite 1600
Miami, Florida 33156
E-mail: tony@rubensteinlaw.com
nancy@rubensteinlaw.com
eservice@rubensteinlaw.com
Tel: (305)661-6000
Fax: (786)230-2934

By: _____
ANTHONY J. SOTO
Florida Bar No.: 816159